IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHERN OREGON CREDIT SERVICE, INC.<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION FILE NO. 1:24-cv-02087-MTK |

## PLAINTIFF'S UNOPPOSED MOTION TO
## EXTEND CASE DEADLINES TO FACILITATE MEDIATION

Plaintiff Chet Michael Wilson, by and through undersigned counsel, respectfully moves this Court for an order extending all current case deadlines by one hundred twenty (120) days to permit the parties to engage in private mediation with the Honorable David Jones (Ret.), who has successfully mediated similar Telephone Consumer Protection Act ("TCPA") matters involving the undersigned counsel.

Since the Court's September 29, 2025 order directing the parties to confer regarding Plaintiff's Request for Production No. 6, counsel have diligently worked to move this case forward. Both parties have:

- Served and responded to written discovery;
- Produced and reviewed responsive materials;
- Exchanged expert reports (including rebuttal reports); and
- Provided notice of their intent to depose the other party to advance the factual record.

During this discovery process, the parties have also engaged in extensive correspondence and multiple meet-and-confer discussions regarding the production of calling data that is central to Plaintiff's claims. Defendant has expressed concerns related to the disclosure of data potentially

subject to privacy protections under HIPAA and similar laws. Plaintiff has proposed that these concerns can be fully addressed through the protective order already entered in this case.

On October 14, 2025, Defendant advised that it was willing to produce the data on the telephone numbers and dates of the calls at issue —subject to its objections, solely for the limited purpose of settlement exploration, and after documenting with the Court that it continues to have HIPAA/third party disclosure/privacy concerns relating to production of this data but will produce that data after being told by the Court to do so. Following that representation, the parties conferred about pursuing a private mediation before Judge David Jones, who previously mediated similar TCPA cases involving the undersigned counsel and they have scheduled a mediation for the end of January 2026, the next reasonable available date from the mediator.

Under Federal Rule of Civil Procedure 16(b)(4), a scheduling order "may be modified only for good cause and with the judge's consent." Good cause exists here because the parties have demonstrated diligence in advancing the litigation and now seek additional time to pursue an efficient resolution through mediation.

Both sides have completed significant discovery and expert analysis, establishing a solid foundation for productive settlement discussions. The requested extension will allow the parties to focus resources on preparing for mediation rather than conducting duplicative or unnecessary discovery and depositions while those settlement efforts are ongoing.

An extension of the deadlines will promote judicial economy, conserve party resources, and may obviate the need for additional motion practice should mediation be successful.

With the consent of the Defendant, Plaintiff respectfully proposes the following 120-day extensions to the existing deadlines, subject to the Court's approval:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Deadline | November 17, 2025 | March 20, 2026 |
| Motion for Class Certification | December 15, 2025 | June 12, 2026 |
| Other Deadlines | March 16, 2026 | To be set after ruling on class certification motion |

These dates will provide adequate time for the parties to complete mediation, address any resulting settlement issues, and, if necessary, resume discovery thereafter. Additionally, the dates account for a major medical procedure and recovery period that Defendant's counsel anticipates undergoing in the Spring of 2026.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion and enter an order extending all case deadlines as requested above to permit the parties to engage in mediation before the Hon. David Jones.

Date: November 3, 2025

PLAINTIFF,
By his attorneys,

By:   *s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com