UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

CHET MICHAEL WILSON,

     Plaintiff,

    v.

SOUTHERN OREGON CREDIT SERVICE,
INC. d/b/a COLLECT NORTHWEST,

     Defendant.

Case No. 1:24-cv-02087-MTK

**STIPULATED JUDGMENT OF
DISMISSAL**

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that all of

Plaintiff's claims against Defendant shall be dismissed with prejudice and without attorneys' fees

or costs to either party.

DATED: May 7, 2026          PARONICH LAW, P.C.

*/s/ Anthony Paronich*

Anthony Paronich (Admitted *Pro Hac Vice*)
anthony@paronichlaw.com
Telephone: (617) 485-0018
Attorney for Plaintiff

DATED: May 7, 2026          SABIDO LAW, LLC

*/s/ Robert E. Sabido*

Robert E. Sabido, OSB No. 964168
robert@sabidolawllc.com
Telephone: (971) 302-6236
Attorney for Defendant

///

Based upon the Parties' stipulation above, it is hereby:

ADJUDGED that all of Plaintiff's claims against Defendant are dismissed with prejudice and without attorneys' fees or costs to either party.

DATED: _____

_____
Mustafa T. Kasubhai
United States District Judge

Page 2 -    **STIPULATED JUDGMENT OF DISMISSAL**

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the foregoing **STIPULATED JUDGMENT OF DISMISSAL** on the date indicated below by:

☐    mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐    hand delivery,

☐    email,

☐    facsimile transmission,

☐    overnight delivery,

☒    electronic filing notification.

which will send notice of such filing to counsel of record as follows:

Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038

Anthony Paronich
anthony@paronichlaw.com
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043

DATED:  May 7, 2026

*/s/ Robert E. Sabido*

Robert E. Sabido

Page 1 - CERTIFICATE OF SERVICE